IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Case No. 2:21-cr-196-JDW |
| : | |
| JAHKEEM MOORE : | |

## ORDER

AND NOW, this 20th day of September, 2021, upon consideration of Defendant's Motion To Suppress Physical Evidence (ECF No. 18), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.