IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>*Plaintiff*<br>**v.**<br>**JAHKEEM MOORE,**<br>*Defendant* | Case No. 2:21-cr-00196-JDW |

### ORDER

**AND NOW**, this 25th day of June 2024, upon consideration of Jahkeem Moore's Pro Se Motion, in which Mr. Moore seeks a reduction of his sentence (ECF No. 44), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.